172 F.3d 859
 Donald Cleric
v.
Marlene M. Stewart, Unit Manager, Peter Vidonish,
Corrections Counselor II, David Day, Psychological Services
Associate, Cindy English, Education Guidance Counselor, Neil
Mechling, Superintendent of State Correctional Institution
at Waynesburg, Pa., Linda D. Harris, Deputy Superintendent
for Centralized Services, David M. Strawn, Inmate Program
Manager, Darlene Linderman, Institutional Mail Inspector
 NO. 97-3547
 United States Court of Appeals,
Third Circuit.
 November 23, 1998
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.